UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:24-cv-80012-KAM

GARFIELD SPENCE,

          Plaintiff,

v.

B COMM REALTY, LLC,

          Defendant

_____/

## JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, GARFIELD SPENCE ("Plaintiff"), and Defendant, B COMM REALTY, LLC ("Defendant," and collectively, the "Parties"), by and through their respective counsel, have reached a global resolution which is being memorialized in a written settlement agreement to be executed by the Parties regarding the above-captioned matter.

Dated this 16th day of February 2024.

By: */s/ Alberto R. Leal*           By: */s/ David K. Markarian*
Alberto R. Leal, Esq.                 David K. Markarian
albertolealesq@gmail.com       dave@forbusinessandlife.com
For Plaintiff Garfield Spence       For Defendant B Comm Realty, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically via CM/ECF on February 16, 2024, which automatically gives notice to all counsel of record.

Respectfully submitted,

**THE MARKARIAN GROUP**
*Counsel for Defendant*
2925 PGA Blvd., Suite 204
Palm Beach Gardens, Florida 33410
**Telephone**: (561) 626-4700
**Facsimile**: (561) 627-9479

By: */s/ David K. Markarian*
David K. Markarian
Florida Bar No. 480691
David R. Glickman
Florida Bar No. 118685
dave@forbusinessandlife.com
davidg@forbusinessandlife.com
service@forbusinessandlife.com